Delta Coal Company, Appellant, *v.* Monongahela Navigation Company.

Argued Oct. 24, 1899. Appeal, No. 40, Oct. T., 1899, by plaintiff, from judgment of C. P. No. 3, Allegheny County, Nov. T., 1896, No. 721, on verdict for defendant. Before STERRETT, C. J., GREEN, McCOLLUM, MITCHELL, DEAN, FELL and BROWN, JJ. Affirmed.

OPINION BY MR. JUSTICE BROWN, December 30, 1899:

The sole question involved in this appeal has been considered and passed upon in the case of Monongahela Navigation Company v. John A. Wood and Samuel L. Wood, doing business as John A. Wood & Son, ante, p. 47, and for the reasons therein stated the judgment is affirmed.

---

Monongahela Navigation Company *v.* C. Jutte & Company, Appellant.

Argued Oct. 24, 1899. Appeal, No. 44, Oct. T., 1899, by defendant, from judgment of C. P. No. 3, Allegheny County, Aug. T., 1897, No. 587, on verdict for plaintiff. Before STERRETT, C. J., GREEN, McCOLLUM, MITCHELL, DEAN, FELL and BROWN, JJ. Affirmed.

OPINION BY MR. JUSTICE BROWN, December 30, 1899:

On the argument of the appeal in this case our attention was called to some alleged difference between it and the other cases which were tried with it in the court below, but we feel that what we have said in Monongahela Navigation Company v. John A. Wood and Samuel L. Wood, doing business as John A. Wood & Son, ante, p. 47, applies as well to it as to all the other cases. The judgment is therefore affirmed.